UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ18-562 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| BRIAN KEVIN RUBENAKER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:  Conspiracy to Possess/Access with Intent to View Child Pornography

<u>Date of Detention Hearing</u>:  December 21, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.  At the time of the alleged commission of this offense, defendant was on

DETENTION ORDER
PAGE -1

supervised release on Case Number CR05-211 JLR for Possession of Visual Depictions of Minors Engaged in Sexually Explicit Acts. Defendant was previously convicted in Snohomish County of Child Molestation in the First Degree and Rape of a Child in the Third Degree. In the instant case, Defendant and his co-defendant sex offender are alleged to have purchased a laptop computer from a pawn shop and downloaded images of child pornography.

2. Defendant poses a risk of nonappearance based on possible noncompliance on supervision, possible criminal activity while on supervision and lack of background information. Defendant poses a risk of danger based on the nature and circumstances of the offense, possible noncompliance on supervision, possible criminal activity while on supervision, and criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 21st day of December, 2018.

Mary Alice Theiler
United States Magistrate Judge